EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: emilyrose@siegelyee.com

DEBORAH M. GOLDEN, *Pro Hac Vice Forthcoming*
THE LAW OFFICE OF DEBORAH M. GOLDEN
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20003
Telephone: (202) 630-0332
Email: dgolden@debgoldenlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.V., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA; JOHN BELLHOUSE, in his individual capacity; ROSS KLINGER, in his individual capacity; RAY GARCIA, in his individual capacity, <br><br> Defendants. | Case No. 4:25-cv-09966 <br><br> **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO ALLOW PLAINTIFF TO PROCEED ANONYMOUSLY** |

GOOD CAUSE APPEARING, Plaintiff is permitted to proceed in this matter using only her initials, A.V.

IT IS SO ORDERED.

Dated: November 20, 2025

_____
UNITED STATES MAGISTRATE JUDGE